IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | | |
|---|---|---|
| MONSHELL RENEE PREWITT,<br>　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>1:19-cv-00099-SA-DAS |

ORDER

Having Considered the Defendant's Unopposed Motion for Remand, it is ORDERED that this case be REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will vacate its March 14, 2019, order dismissing Plaintiff's request for review and consider Plaintiff's request for review on the merits.

SO ORDERED, this the 14th day of February, 2020.

　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE